

FILED

JUL 2 8 2026

Clerk, U. S. District Court
Eastern District of Tennessee
At Chattanooga

UNITED STATES OF AMERICA    )

                    )    Case No. 3:26-CR-_110_____

v.                 )

                    )    JUDGES _CRYTZER / POPLIN_

GARRY LEE WILLIAMS      )

a/k/a "@trouble8650"       )

## INDICTMENT

### COUNT ONE

The Grand Jury charges that at approximately 4:42pm (UTC+00), on or about March 30, 2026, in the Eastern District of Tennessee and elsewhere, the defendant, GARRY LEE WILLIAMS, a/k/a "@trouble8650," did knowingly and willfully make, via a public post on TikTok, a social media company, a threat to take the life of, to kidnap, and to inflict bodily harm upon the President of the United States, in that he stated, in part, "I'll cut your head[] off your shoulders scalp you wearing on my belt loop…I'll arrange a meeting so God can send you straight to HELL # kill president Trump," in violation of 18 U.S.C. § 871(a).

### COUNT TWO

The Grand Jury further charges that at approximately 10:44pm (UTC+00), on or about March 27, 2026, in the Eastern District of Tennessee and elsewhere, the defendant, GARRY LEE WILLIAMS, a/k/a "@trouble8650," did knowingly and willfully make, via a public post on TikTok, a social media company, a threat to take the life of, to kidnap, and to inflict bodily harm upon the President of the United States, in that he stated, in part, "I'll cut your head off your shoulders and scalp you…#Kill trump…Fuck secret service, it ain't no secret what I'm gonna do to…you," in violation of 18 U.S.C. § 871(a).

## COUNT THREE

The Grand Jury further charges that on or about January 15, 2026, in the Eastern District of Tennessee and elsewhere, the defendant, GARRY LEE WILLIAMS, a/k/a "@trouble8650," did knowingly and willfully make, via a public video post on TikTok, a social media company, a threat to take the life of, to kidnap, and to inflict bodily harm upon the President of the United States, in that he stated, in part, "I hope you kiss your kids goodbye. And make sure that blood money that y'all took, is enough to, to take care of 'em when you're gone. I'm not playin'. Y'all know who I am: Garry Williams, Knoxville, Tennessee. And I mean what I say. God bless y'all. And may God have mercy on your soul," in violation of 18 U.S.C. § 871(a).

## COUNT FOUR

The Grand Jury further charges that at approximately 9:08pm (UTC+00), on or about March 30, 2026, in the Eastern District of Tennessee and elsewhere, the defendant, GARRY LEE WILLIAMS, a/k/a "@trouble8650," did knowingly and willfully make, via a public post on TikTok, a social media company, a threat to take the life of, to kidnap, and to inflict bodily harm upon the President of the United States, in that he stated, in part, "Death to president trump…Die cowards die…come get me secret service or corrupt puppet military you can die too," in violation of 18 U.S.C. § 871(a).

## COUNT FIVE

The Grand Jury further charges that at approximately 10:06pm (UTC+00), on or about March 27, 2026, in the Eastern District of Tennessee and elsewhere, the defendant, GARRY LEE WILLIAMS, a/k/a "@trouble8650," did knowingly and willfully make, via a public post on TikTok, a social media company, a threat to take the life of, to kidnap, and to inflict bodily harm

upon the President of the United States, in that he stated, in part, "# DEATH To TRUMP…I need guns, ammo, explosives," in violation of 18 U.S.C. § 871(a).

## COUNT SIX

The Grand Jury further charges that at approximately 5:07pm (UTC+00), on or about February 28, 2026, in the Eastern District of Tennessee and elsewhere, the defendant, GARRY LEE WILLIAMS, a/k/a "@trouble8650," did knowingly and willfully make, via a public post on TikTok, a social media company, a threat to take the life of, to kidnap, and to inflict bodily harm upon the President of the United States, in that he stated, in part, "Trump…I'm comin for you…rot and die slowly…Trump better wear you a vest," in violation of 18 U.S.C. § 871(a).

## COUNT SEVEN

The Grand Jury further charges that at approximately 4:39pm (UTC+00), on or about March 28, 2026, in the Eastern District of Tennessee and elsewhere, the defendant, GARRY LEE WILLIAMS, a/k/a "@trouble8650," did knowingly and willfully make, via a public post on TikTok, a social media company, a threat to take the life of, to kidnap, and to inflict bodily harm upon the President of the United States, in that he stated, in part, "I'm ready to kill…Let's napalm all of Washington, help me with guns ammo and addresses to these coward politicians…They need their heads cut off and scalped hanging their scalps on our belt loops…# Kill Trump," in violation of 18 U.S.C. § 871(a).

## COUNT EIGHT

The Grand Jury further charges that at approximately 12:24am (UTC+00), on or about March 31, 2026, in the Eastern District of Tennessee and elsewhere, the defendant, GARRY LEE WILLIAMS, a/k/a "@trouble8650," did knowingly and willfully make, via a public post on TikTok, a social media company, a threat to take the life of, to kidnap, and to inflict bodily harm

3

upon the President of the United States, in that he stated, in part, "Kill President trump," in violation of 18 U.S.C. § 871(a).

## COUNT NINE

The Grand Jury further charges that at approximately 5:36am (UTC+00), on or about February 11, 2026, in the Eastern District of Tennessee and elsewhere, the defendant, GARRY LEE WILLIAMS, a/k/a "@trouble8650," did knowingly and willfully make, via a public post on TikTok, a social media company, a threat to take the life of, to kidnap, and to inflict bodily harm upon the President of the United States, in that he stated, in part, "Should be hung or firing squad…kill them all…step down president Trump or get layed down," in violation of 18 U.S.C. § 871(a).

## COUNT TEN

The Grand Jury further charges that at approximately 5:47am (UTC+00), on or about February 11, 2026, in the Eastern District of Tennessee and elsewhere, the defendant, GARRY LEE WILLIAMS, a/k/a "@trouble8650," did knowingly and willfully make, via a public post on TikTok, a social media company, a threat to take the life of, to kidnap, and to inflict bodily harm upon the President of the United States, in that he stated, in part, "president Donald Trump…all need to die slowly…I'm ready are you president Trump," in violation of 18 U.S.C. § 871(a).

## COUNT ELEVEN

The Grand Jury further charges that at approximately 3:05pm (UTC+00), on or about February 28, 2026, in the Eastern District of Tennessee and elsewhere, the defendant, GARRY LEE WILLIAMS, a/k/a "@trouble8650," did knowingly and willfully make, via a public post on TikTok, a social media company, a threat to take the life of, to kidnap, and to inflict bodily harm upon the President of the United States, in that he stated, in part, "president Trump…The hunted

4

flips the script and now is the hunter…I'm comin for all of you cowards # Better believe it # Rot and die slowly," in violation of 18 U.S.C. § 871(a).

## COUNT TWELVE

The Grand Jury further charges that at approximately 4:42pm (UTC+00), on or about March 30, 2026, in the Eastern District of Tennessee and elsewhere, the defendant, GARRY LEE WILLIAMS, a/k/a "@trouble8650," did knowingly and willfully transmit in interstate commerce, while using the internet, via a public post on TikTok, a social media company, a communication directed to an immediate family member of the President of the United States, whose name is known to the Grand Jury, and the communication contained a threat to maim and murder that immediate family member, as follows, "President Trump vest you got son [B.T.] wearing don't protect from headshot," in violation of 18 U.S.C. § 875(c).

## COUNT THIRTEEN

The Grand Jury further charges that at approximately 10:44pm (UTC+00), on or about March 27, 2026, in the Eastern District of Tennessee and elsewhere, the defendant, GARRY LEE WILLIAMS, a/k/a "@trouble8650," did, via a public post on TikTok, a social media company, threaten to murder the Director of the Federal Bureau of Investigation, whose name is known to the Grand Jury, with intent to impede, intimidate, and interfere with such official while engaged in the performance of official duties, and with intent to retaliate against such official on account of the performance of official duties, in that he stated, in part, "#Kill…kash Patel head of FBI # Fuck secret service, it ain't no secret what I'm gonna do to…you," in violation of 18 U.S.C. § 115(a)(1)(B) and (b)(4).

5

## COUNT FOURTEEN

The Grand Jury further charges that at approximately 9:08pm (UTC+00), on or about March 30, 2026, in the Eastern District of Tennessee and elsewhere, the defendant, GARRY LEE WILLIAMS, a/k/a "@trouble8650," did, via a public post on TikTok, a social media company, threaten to murder the Director of the Federal Bureau of Investigation, whose name is known to the Grand Jury, with intent to impede, intimidate, and interfere with such official while engaged in the performance of official duties, and with intent to retaliate against such official on account of the performance of official duties, in that he stated, in part, "Death to…kash Patel…Die cowards die…come get me secret service or corrupt puppet military you can die too," in violation of 18 U.S.C. § 115(a)(1)(B) and (b)(4).

## COUNT FIFTEEN

The Grand Jury further charges that at approximately 10:06pm (UTC+00), on or about March 27, 2026, in the Eastern District of Tennessee and elsewhere, the defendant, GARRY LEE WILLIAMS, a/k/a "@trouble8650," did, via a public post on TikTok, a social media company, threaten to murder the Director of the Federal Bureau of Investigation, whose name is known to the Grand Jury, with intent to impede, intimidate, and interfere with such official while engaged in the performance of official duties, and with intent to retaliate against such official on account of the performance of official duties, in that he stated, in part, "Death to Kash Patel head of FBI…I need guns, ammo, explosives," in violation of 18 U.S.C. § 115(a)(1)(B) and (b)(4).

## COUNT SIXTEEN

The Grand Jury further charges that at approximately 5:07pm (UTC+00), on or about February 28, 2026, in the Eastern District of Tennessee and elsewhere, the defendant, GARRY LEE WILLIAMS, a/k/a "@trouble8650," did, via a public post on TikTok, a social media

company, threaten to murder the Director of the Federal Bureau of Investigation, whose name is known to the Grand Jury, with intent to impede, intimidate, and interfere with such official while engaged in the performance of official duties, and with intent to retaliate against such official on account of the performance of official duties, in that he stated, in part, "FBI…kash Patel I'm comin for you…rot and die slowly," in violation of 18 U.S.C. § 115(a)(1)(B) and (b)(4).

## COUNT SEVENTEEN

The Grand Jury further charges that at approximately 4:39pm (UTC+00), on or about March 28, 2026, in the Eastern District of Tennessee and elsewhere, the defendant, GARRY LEE WILLIAMS, a/k/a "@trouble8650," did, via a public post on TikTok, a social media company, threaten to murder the Director of the Federal Bureau of Investigation, whose name is known to the Grand Jury, with intent to impede, intimidate, and interfere with such official while engaged in the performance of official duties, and with intent to retaliate against such official on account of the performance of official duties, in that he stated, in part, "I'm ready to kill…Let's napalm all of Washington, help me with guns ammo and addresses to these coward politicians…They need their heads cut off and scalped hanging their scalps on our belt loops…kill head of FBI kash Patel," in violation of 18 U.S.C. § 115(a)(1)(B) and (b)(4).

## COUNT EIGHTEEN

The Grand Jury further charges that at approximately 5:36am (UTC+00), on or about February 11, 2026, in the Eastern District of Tennessee and elsewhere, the defendant, GARRY LEE WILLIAMS, a/k/a "@trouble8650," did, via a public post on TikTok, a social media company, threaten to murder the Director of the Federal Bureau of Investigation, whose name is known to the Grand Jury, with intent to impede, intimidate, and interfere with such official while engaged in the performance of official duties, and with intent to retaliate against such official on

7

account of the performance of official duties, in that he stated, in part, "Should be hung or firing squad...kash Patel head of corrupt FBI...kill them all," in violation of 18 U.S.C. § 115(a)(1)(B) and (b)(4).

## COUNT NINETEEN

The Grand Jury further charges that at approximately 3:05pm (UTC+00), on or about February 28, 2026, in the Eastern District of Tennessee and elsewhere, the defendant, GARRY LEE WILLIAMS, a/k/a "@trouble8650," did, via a public post on TikTok, a social media company, threaten to murder the Director of the Federal Bureau of Investigation, whose name is known to the Grand Jury, with intent to impede, intimidate, and interfere with such official while engaged in the performance of official duties, and with intent to retaliate against such official on account of the performance of official duties, in that he stated, in part, "Kash Patel, corrupt FBI...The hunted flips the script and now is the hunter...I'm comin for all of you cowards # Better believe it # Rot and die slowly," in violation of 18 U.S.C. § 115(a)(1)(B) and (b)(4).

## COUNT TWENTY

The Grand Jury further charges that at approximately 5:07pm (UTC+00), on or about February 28, 2026, in the Eastern District of Tennessee and elsewhere, the defendant, GARRY LEE WILLIAMS, a/k/a "@trouble8650," did knowingly and willfully transmit in interstate commerce, while using the internet, via a public post on TikTok, a social media company, a communication directed to both the Knox County Sheriff and the Knoxville Police Department Chief, whose names are known to the Grand Jury, and the communication contained a threat to murder to them both, as follows, "Knoxville sherif [T.S.] and chief [P.N.] both dead men walking...I'll take satisfaction in handling my enemies myself," in violation of 18 U.S.C. § 875(c).

## COUNT TWENTY-ONE

The Grand Jury further charges that at approximately 12:38am (UTC+00), on or about April 19, 2026, in the Eastern District of Tennessee and elsewhere, the defendant, GARRY LEE WILLIAMS, a/k/a "@trouble8650," did knowingly and willfully transmit in interstate commerce, while using the internet, via a public post on TikTok, a social media company, a communication directed to both the Knox County Sheriff and the Knoxville Police Department Chief, whose names are known to the Grand Jury, and the communication contained a threat to murder to them both, as follows, "Remember coward eye for an eye you or your family. No one cares bout me or my kids so it's fuck you and your kids / grandkids fuck you coward that hides behind badge. That badge or police force don't scare me we can all die…Don't like what I say send your gang I'll show you better than I can tell you. This goes for corrupt coward chief [P.N.] as well word for word," said communication also contained color images of both officials with gun emojis pointed at their heads, in violation of 18 U.S.C. § 875(c).

## COUNT TWENTY-TWO

The Grand Jury further charges that at approximately 9:30pm (UTC+00), on or about March 30, 2026, in the Eastern District of Tennessee and elsewhere, the defendant, GARRY LEE WILLIAMS, a/k/a "@trouble8650," did knowingly and willfully transmit in interstate commerce, while using the internet, via a public post on TikTok, a social media company, a communication directed to specific members of his family, whose names known to the Grand Jury, and the communication contained a threat to maim and murder the specific family members, as follows, "Just a warning to my…so called family…when I see y'all I'm gonna chop your heads off I'll make example out of you…Be looking over shoulders , gas leaks explosion on

your house, brake lines cut, shot , stabbed whatever I decide y'all gonna see the grave before I do…I want your heads / scalps," in violation of 18 U.S.C. § 875(c).

A TRUE BILL:

**SIGNATURE REDACTED**

GRAND JURY FOREPERSON

FRANCIS M. HAMILTON III
UNITED STATES ATTORNEY

DAVID P. LEWEN, JR.
Assistant United States Attorney