## CRIMINAL CASE COVER SHEET

By:  ☑ INDICTMENT    ☐ SUPERSEDING Case Number: 3:26-CR-_____
☐ INFORMATION *(Requires AO 455 Waiver of Indictment for Felony Cases)*
☐ RULE 20

USA V. GARRY LEE WILLIAMS a/k/a "@trouble8650"

☑ Felony  ☐ Class A Misdemeanor *(AO86A Consent form required at Initial Appearance)*
☐ Misdemeanor *(Not class A)*    ☐ Petty Offense

Immigration Case

☐ Defendant is being added to existing criminal case    ☐ Zone A   ☐ Zone B   ☐ 11(c)(1)(C)
☐ Charges/Counts Added

Name of Assigned AUSA: David P. Lewen, Jr.

Matter Sealed:    ☐ YES    ☑ NO    Place of Offense: Knox

☐ Interpreter Required    Language: _____

Issue:   ☐ WARRANT    ☐ SUMMONS    ☐ WRIT (Motion to be filed)

Arresting Agency:   ☐ DEA  ☐ ATF  ☐ USMS  ☐ FBI  ☐ Other: _____

Current Trial Date (if any): _____ before Judge _____

☑ Criminal Complaint Filed    Case Number: 3:26-MJ-1437

☐ Defendant on Supervised Release    Case Number: _____

Related Case/Attorney:

Case Number _____    Attorney _____

Reason for Related Case Determination _____

Defense Counsel (if any): Sarah H. Olesiuk

☑ Federal Defender    ☐ CJA    ☐ Retained

Appointed by Target Letter    Case Number: _____
Appointed in Pending Indictment    Case Number: _____

CHARGES:    Total # of Counts for this Defendant 22

Attorney Signature _____

# CRIMINAL CASE COVER SHEET

Case Number: 3:26-CR-

USA v. GARRY LEE WILLIAMS a/k/a "@trouble8650"

| Title & Section | Description of Offense | New Count? Y or N | New Count# | Old Count# |
|---|---|---|---|---|
| 18 U.S.C. § 871(a) | Threaten to take the life of the President of the United States | | 1-11 | |
| 18 U.S.C. § 875(c) | Threaten to kidnap or injure another person | | 12, 20-22 | |
| 18 U.S.C. § 115(a)(1)(B) and (b)(4) | Threaten to assault, kidnap or murder a Federal Law enforcement officer while engaged in the performance of or in retaliation of the performance of official duties | | 13-19 | |